# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **EDWARD C. LECKEY,** | Bankruptcy No. 19-22390-CMB |
| Debtor. | Chapter 7 |
| **EDWARD C. LECKEY,** | Document No. |
| Movant, | Related to Doc. Nos. ~~1 & 8~~  10 |
| v. | |
| **NO RESPONDENT.** | |

## ORDER OF COURT

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the time in which the Debtor is to cure the deficiencies in his Petition is enlarged by a period of seven (7) days, until July 19, 2019.

Date: July 15, 2019

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

dmk

FILED
7/15/19 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA