**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **EDWARD C. LECKEY** | ) | Case No.   19-22390-CMB |
| | ) | |
| **Debtor.** | ) | Chapter 7 |
| | ) | |
| | ) | Document No.  39 |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **EDWARD C. LECKEY** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

AND NOW, this 7th day of January, 2020, it is hereby ORDERED and DECREED that the deadline for the Chapter 7 Trustee, Jeffrey J. Sikirica, to object to the exemptions taken by the Debtor, Edward C. Lecky, is extended from thirty (30) days after the conclusion of the § 341 Meeting of Creditors to ninety (90) days after the conclusion of the § 341 Meeting of Creditors which is February 2, 2020.

FILED
1/7/20 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge