**IN THE UNITED STATES BANKRUPTCY COURT FOR T HE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **EDWARD C. LECKEY** ) | **Case No. 19-22390-CMB** |
| ) | **Chapter 7** |
| **Debtors** ) | |
| ) | **Document No.** _____ |
| **JEFFREY J. SIKIRICA,** ) | |
| **CHAPTER 7 TRUSTEE** ) | |
| ) | |
| **Movant** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **EDWARD C. LECKEY** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED and DECREED that Respondent, Edward C. Leckey, shall provide on or before thirty days from the date of the Order to Jeffrey J. Sikirica, Chapter 7 Trustee the following information/and or records:

    a. A copy of the will of the late Janice B. Leckey and if there is no will, a sworn affidavit by the Debtor verifying there is no will,

    b. A listing of all assets of any kind in the name of Ms. Janice B. Leckey at the time of Ms. Leckey's death,

    c. A copy of any life insurance policies on the life of Ms. Janice B. Leckey and if there is none, a sworn affidavit by the Debtor verifying there are no insurance policies,

    d. A copy of the Jeep Wrangler title to verify joint ownership at the time of the filing of the Bankruptcy Petition,

  e.  The dates and any paperwork associated with the purchases of the T.A. King paintings, and,

  f.  The dates the coin collection was acquired along with any paperwork associated with the purchases.

  If the above information is not turned over to the Chapter 7 Trustee within 30 days from the date of this order, the Respondent, Edward C. Leckey, shall appear before this court on \_\_\_\_\_ _____ at _____ to show cause why sanctions should not be imposed by this court for failure to abide by this order, including, but not limited to, revocation of discharge.

  The Chapter 7 Trustee shall notify the Court whether the information and/or documents have been received by the Trustee before the time set forth above.

           BY THE COURT:

           _____
           Honorable Carlota M. Böhm
           Chief United States Bankruptcy Judge