**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>5171 CAMPBELLS LAND CO., INC.<br>Debtors | Chapter 11<br><br>Case No. 19-22715-CMB |

<u>**NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**</u>

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc., in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case. My email address is ahochheiser@mauricewutscher.com, and I authorize service by email at that address.

Respectfully submitted,

Dated: July 22, 2019

MAURICE WUTSCHER LLP

/s/ Alan C. Hochheiser
Alan C. Hochheiser
OH Bar No 0041222
ahochheiser@mauricewutscher.com
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
Telephone: 216-220-1129
Facsimile: 216-472-8510

Attorney for AmTrust North America, Inc.
on behalf of Technology Insurance
Company, Inc.