IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| EDWARD C. LECKEY | ) | Case No.  19-22390-CMB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |
| | ) | Related to: Document No. 76 |
| JEFFREY J. SIKIRICA, | ) | |
| CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD C. LECKEY | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF COURT

AND NOW, this 3rd day of _____February_____, 2020 it is hereby ORDERED and DECREED that the deadline for the Chapter 7 Trustee, Jeffrey J. Sikirica, to object to the exemptions taken by the Debtor, Edward C. Lecky, is further extend by (90) days until April 3, 2020.

BY THE COURT:

_/s/ Carlota M. Böhm_
Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/3/20 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA