IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **EDWARD C. LECKEY** | ) | Case No. 19-22390-CMB |
| | ) | Chapter 7 |
| **Debtors** | ) | |
| | ) | Document No. 73 |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **EDWARD C. LECKEY** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER OF COURT

AND NOW, this ____5th____ day of ____March____, 2020, it is hereby ORDERED and DECREED that Respondent, Edward C. Leckey, shall provide on or before forty-five days from the date of the Order to Jeffrey J. Sikirica, Chapter 7 Trustee the following information/and or records:

a.  A copy of the will of the late Janice B. Leckey or if there is no will, a sworn affidavit by the Debtor verifying there is no will,

b.  A listing of all non-entireties assets of any kind in the name of Ms. Janice B. Leckey at the time of Ms. Leckey's death,

c.  A copy of any life insurance policies on the life of Ms. Janice B. Leckey or if there are none, a sworn affidavit by the Debtor verifying there are no insurance policies,

d.  A copy of the Jeep Wrangler title to verify joint ownership at the time of the filing of the Bankruptcy Petition or if Mr. Leckey is not in possession of the title, a copy of the

registration card and a sworn affidavit by the Debtor verifying that the Jeep Wrangler was owned jointly at the time of the filing of the Bankruptcy Petition,

    e.    The dates and any paperwork associated with the purchases of the T.A. King paintings or a sworn affidavit by the Debtor verifying that no paperwork exists and that the paintings were purchased during the Debtor's marriage, and,

    f.    The dates the coin collection was acquired along with any paperwork associated with the purchases or a sworn affidavit by the Debtor verifying that no paperwork exists and that the coin collection was purchased during the Debtor's marriage.

If the above information is not turned over to the Chapter 7 Trustee within 45 days from the date of this order, the Respondent, Edward C. Leckey, shall appear before this court on _May 11, 2020_ at _1:30 pm_ to show cause why sanctions should not be imposed by this court for failure to abide by this order, including, but not limited to, revocation of discharge.

The Chapter 7 Trustee shall notify the Court whether the information and/or documents have been received by the Trustee before the time set forth above.

                                                BY THE COURT:

                                                _Carlota M. Böhm_
                                                Honorable Carlota M. Böhm
                                                Chief United States Bankruptcy Judge

FILED
3/5/20 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA