**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **EDWARD C. LECKEY** | ) | Case No.   19-22390-CMB |
| | ) | |
| **Debtor.** | ) | Chapter 7 |
| | ) | |
| | ) | Document No.  73, 84 & 88 |
| **JEFFREY J. SIKIRICA,** | ) | |
| **CHAPTER 7 TRUSTEE,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **EDWARD C. LECKEY** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER OF COURT**

AND NOW, this   6th   day of _____May_____, 2020, it is hereby ORDERED and DECREED that the hearing on the Motion to Compel Debtor to Turnover Records of the Estate Pursuant to 11 U.S.C. §521(4) filed by the Chapter 7 Trustee at Docket #73 is continued until   July 16, 2020 at 2:00 PM   .

The Chapter 7 Trustee shall notify the Court whether the information and/or documents have been received by the Trustee before the time set forth above.

BY THE COURT:

FILED
5/6/20 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  dmk
Honorable Carlota M. Böhm
United States Bankruptcy Judge