# PROCEEDING MEMO

**Date: 07/16/2020 02:00 pm**

 **In re:    Edward C. Leckey**

                                          **Bankruptcy No. 19-22390-CMB**
                                          **Chapter: 7**
                                          **Doc. # 84**

**Telephonic Appearances:  Ryan Cooney, Esq.**
                                    **Jeffrey J. Sikirica, Esq.**

**Nature of Proceeding: #84 Rule to Show cause why sanctions should not be imposed**
                          **for failure to abide by Order dated 3/5/2020, including, but**
                          **not limited to, revocation of discharge. re doc. # 73 Motion to Compel**

**Additional Pleadings:  #88 Motion to Reschedule hearing**
                          **#89 Order Granting Motion to Reschedule**

**Judge's Notes:**
  - Mr. Leckey appeared at the court to participate; however, this is a telephonic hearing.
  - Attorney Cooney spoke with Mr. Leckey and does not believe his presence is required.
  - Attorney Sikirica advises that he has now received the information he needed and can withdraw his motion.


 OUTCOME: Matter resolved. Motion withdrawn.




                                          **Carlota M. Böhm**
                                          **Chief U.S. Bankruptcy Judge**




            FILED
            7/16/20 2:34 pm
            CLERK
            U.S. BANKRUPTCY
            COURT - WDPA